(137 So. 916)

## James ABNER v. STATE.
### 3 Div. 703.

Court of Appeals of Alabama.
Oct. 14, 1931.

Hamilton & Jones, of Evergreen, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.
Appeal dismissed on motion of appellant.

(137 So. 916)

## Guy ABRAMS v. STATE.
### 5 Div. 845.

Court of Appeals of Alabama.
Nov. 24, 1931.

RICE, J.
Affirmed.

(135 So. 920)

## Ben ADAMS v. STATE.
### 8 Div. 400.

Court of Appeals of Alabama.
May 26, 1931.

BRICKEN, P. J.
Affirmed.
See, also, 23 Ala. App. 477, 127 So. 254.

(138 So. 919)

## Marion ADAMS v. STATE.
### 6 Div. 75.

Court of Appeals of Alabama.
Dec. 15, 1931.

SAMFORD, J.
Appeal dismissed.

(134 So. 916)

## Lifus ADKINS v. STATE.
### 8 Div. 289.

Court of Appeals of Alabama.
May 26, 1931.

RICE, J.
Affirmed.

(136 So. 924)

## ALABAMA GREAT SOUTHERN R. CO. v. Hal. C. GRIGSBY.
### 6 Div. 11.

Court of Appeals of Alabama.
Oct. 6, 1931.

Perry, Mims & Green, of Bessemer, and Stokely, Scrivner, Dominick & Smith, of Birmingham, for appellant.

Ross, Bumgardner, Ross & Ross, of Bessemer, for appellee.

RICE, J.
Affirmed.